UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEMETRIS BATTAGLIA,

                Plaintiff(s),

- against -

ROYAL CARRIBEAN INTERNATIONAL and
MILLENIUM TRAVEL,

                Defendant(s).
-----------------------------------------------------------------X

Docket #: 05-CV-243
(SJF) (MDG)

NOTICE and ORDER OF
PARTIAL VOLUNTARY
DISMISSAL AS TO
MILLENNIUM TRAVEL

SIRS:

    PLEASE TAKE NOTICE that, defendant MILLENIUM TRAVEL (sued herein as "MILLENIUM TRAVEL") not having answered, appeared, aor moved herein, pursuant to Federal Rules of Civil Procedure 41(a)(1) the above entitled action is hereby dismissed against **MILLENIUM TRAVEL only.** The action against the remaining defendant ROYAL CARRIBEAN, ETC. is not affected by this Partial Dismissal.

    FURTHER, PLEASE TAKE NOTICE that defendant ROYAL CARRIBEAN INTERNATIONAL will not be contesting venue in the United States District Court, Eastern District of New York.

Dated:        Brooklyn, New York
                April 7, 2005

*Robert J. Renna*, (3062)
Robert J. Renna, Esq.
ROBERT J. RENNA, P.C.
26 Court Street - Suite 2303
Brooklyn, New York 11242
(718) 422-1003

So Ordered:
_____
    s/SJF
U.S.D.J.